ROCKVAN REALTY CORPORATION v. GENERAL MOTORS CORPORATION.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Breitel, JJ. [See *ante,* p. 683.]

WILLIAM J. CULLEN, Individually and as a Stockholder of GOVERNOR CLINTON Co., INC., Suing on Behalf of Himself and All Other Stockholders of Said Company Similarly Situated, v. GOVERNOR CLINTON Co., INC., et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan and Breitel, JJ. [See *ante,* p. 694.]

20 EAST 74TH STREET, INC., v. ESTHER MINSKOFF, as Executrix of SAM MINSKOFF, Deceased, et al.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ. [See *ante,* p. 197.]

In the Matter of the Arbitration between KNICKERBOCKER TEXTILE CORPORATION, Respondent, and HENRY DONATH, Doing Business as PREVIEW SPORTSWEAR, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ. [See *ante,* p. 680.]

WESTCHESTER & THIRD CORPORATION v. JACK D. WEILER et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ. [See 281 App. Div. 1024.]

HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant, v. FIRST NATIONAL BANK & TRUST COMPANY OF PATERSON, NEW JERSEY, Defendant, and THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Cohn and Callahan, JJ. [See 281 App. Div. 607.]